IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FAMILY SMILES, LLC, et al., | ) |
| | ) |
| | ) No.: 20-cv-04838 |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| SENTINEL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT SENTINEL INSURANCE COMPANY'S**
**RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant Sentinel Insurance Company ("Sentinel") respectfully moves the Court to dismiss the amended complaint filed by Plaintiffs Family Smiles, LLC and Von Westernhagen Dental Corporation (collectively "Plaintiffs") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In this insurance-coverage dispute, Plaintiffs seek payment for coronavirus-related business interruption losses, but, as explained more fully in the accompanying memorandum and attached exhibits, Plaintiffs' policy does not cover, and in fact expressly excludes, Plaintiffs' claimed losses.

Considering Sentinel's arguments and supporting exhibits, this court should find that Plaintiffs have failed to state a claim for relief and dismiss Plaintiffs' amended complaint (ECF No. 24) with prejudice.

Dated: January 20, 2022.

Respectfully submitted,

By:   */s/ Anthony J. Anscombe*
Anthony J. Anscombe (IL #6257352)
Darlene K. Alt (IL #6228745)
STEPTOE & JOHNSON LLP
227 West Monroe Ave., Suite 4700
Chicago, IL 60606
(312) 577-1300
aanscombe@steptoe.com
dalt@steptoe.com

Sarah D. Gordon (*pro hac vice* forthcoming)
Caitlin R. Tharp (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 429-3000
sgordon@steptoe.com

*Counsel for Sentinel Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished to:

    David B. Goodman
    Kali K. Nies
    Goodman Law Group
    20 N. Clark Street, Suite 3300, Chicago, Illinois, 60602.
    dg@glgchicago.com
    kn@glgchicago.com

by ECF and e-Service on January 20, 2022.

                                                */s/    Anthony J. Anscombe*
                                                Anthony J. Anscombe