IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Family Smiles LLC, Family Dental of Virginia LLC, Frank Von Westernhagen, LLC d/b/a Healthy Smiles, and Von Westernhagen Dental Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>Sentinel Insurance Company,<br><br>Defendant(s). | Case No. 1:20-cv-04838<br>Judge Elaine E. Bucklo |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the defendant Sentinel Insurance Company.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to dismiss plaintiff's complaint [41].

Date:  4/22/2022                     Thomas G. Bruton, Clerk of Court
                                     Maria G. Hernandez, Deputy Clerk